THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR PERRY, Appellant.

Argued May 25, 1939; decided July 11, 1939.

*Samuel Segal* and *Henry P. Lipscomb* for appellant.
*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. RIPPEY, J., dissents on the ground that some of the material errors committed in the first trial [see 277 N. Y. 460] were repeated in the second trial, and that the evidence does not satisfy him beyond a reasonable doubt of the guilt of the defendant. Taking no part, O'BRIEN, J.